IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 4:16-CR-0006-1 |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| RAHEEM JAMAR RULEY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
April 15, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT Defendant's Motion to Sever (ECF No. 40) and Motion to Suppress (ECF No. 38) are DENIED.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1